# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

147090

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PAYTRA WILLIAMS,
      Plaintiff-Appellant,

v

CHARLIE LeDUFF, THE DETROIT
NEWSPAPER PARTNERSHIP, L.P.,
and THE DETROIT NEWS, INC.,
      Defendants-Appellees.

SC: 147090
COA: 307706
Wayne CC: 11-004678-CZ

_____/

On order of the Court, the application for leave to appeal the March 28, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

h0826